# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ANN MOROLES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00809-KES-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Docs. 2, 4, 6) |

Plaintiff Valerie Ann Moroles ("Plaintiff"), proceeding with counsel, filed this action seeking review of a final decision of the Commissioner of Social Security. Plaintiff initiated this action on July 3, 2025, and filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Docs. 1, 2.) Thereafter, the Court directed Plaintiff to file a long form application to proceed *in forma pauperis*. (Doc. 3.) Plaintiff filed the long form application on July 25, 2025. (Doc. 4.)

On July 29, 2025, the Court issued findings and recommendations that Plaintiff's applications for leave to proceed *in forma pauperis* be denied, and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action. (Doc. 6.) Plaintiff paid the $405.00 filing fee in full on August 8, 2025.

Accordingly, the pending findings and recommendations issued on July 29, 2025 (Doc. 6),

are HEREBY VACATED, and Plaintiff's applications to proceed *in forma pauperis* (Docs. 2, 4) are DENIED as moot.

IT IS SO ORDERED.

Dated: __August 11, 2025__         /s/ *Barbara A. McAuliffe*       _
                                                   UNITED STATES MAGISTRATE JUDGE