ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
CHRISTOPHER VIEIRA, CSBN 273781
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4808
        E-Mail: christopher.vieira@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ANN MOROLES,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Civil No. 1:25-cv-00809-KES-FRS *(SKO)*<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

//

Stipulation To Remand; Order          Page 1     Case No. 1:25-cv-00809-KES-FRS *(SKO)*

Respectfully submitted,

Dated: February 4, 2026          PENA AND BROMBERG, PC

By:*/s/ Jonathan Peña*
JONATHAN PEÑA
Attorneys for Plaintiff
[*As authorized by e-mail on Feb. 4, 2026]


ERIC GRANT
United States Attorney

MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

Dated: February 4, 2026          By:      /s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendantt

Stipulation To Remand; Order              Page 2      Case No. 1:25-cv-00809-KES-FRS *(SKO)*

## __ORDER__

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant.  The Clerk of the Court is also directed to assign a magistrate judge for the purpose of closing this case, to terminate any pending motion, and to close this case.

IT IS SO ORDERED.

Dated:    February 5, 2026

_____
UNITED STATES DISTRICT JUDGE

Stipulation To Remand; Order                    Page 3      Case No. 1:25-cv-00809-KES-FRS *(SKO)*