# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ANN MOROLES,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant.<br>————————————————————/ | Case No. 1:25-cv-00809-KES-SKO<br><br>**ORDER TO SHOW CAUSE WHY RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES SHOULD NOT ISSUE**<br><br>(Docs. 26 & 29) |

On May 7, 2026, after successfully obtaining reversal of an Administrative Law Judge's decision denying her application for Social Security disability benefits, Plaintiff filed a motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $8,658.41. (Doc. 26.) The undersigned issued a minute order on May 8, 2026, requiring any opposition or notice of non-opposition to the motion to be filed in accordance with the Court's Local Rules. (Doc. 27.) On May 13, 2026, the Commissioner filed a statement of non-opposition to the motion. (Doc. 28.)

In view of the non-opposition to the motion, the undersigned issued a minute order on May 14, 2026, ordering the parties to "meet and confer and to file a stipulation directed to Plaintiff's unopposed request for EAJA fees" and to file such stipulation "by no later than May 21, 2026." (Doc. 29.)

On May 21, 2026, the parties failed to file a stipulation directed to Plaintiff's motion, and to date, no stipulation has been filed. (*See* Docket.) Plaintiff is ordered to show cause, if any, why the undersigned should not recommend that her motion for attorney's fees be denied without prejudice for failure to comply with the Court's order. Alternatively, Plaintiff may file a stipulation directed to her motion.

Accordingly, it is HEREBY ORDERED that:

1.  By no later than **seven (7) days** of the date of service of this Order to Show Cause, Plaintiff shall **either**:

    a.  file a written response showing cause why the undersigned should not recommend that the motion for attorney's fees (Doc. 26) be denied without prejudice for failure to comply with the Court's order; or

    b.  file a stipulation directed to her motion.

**Failure to respond to this Order to Show Cause will result in a recommendation that Plaintiff's motion for attorney's fees be denied without prejudice.**

IT IS SO ORDERED.

Dated:  __May 27, 2026__                          __/s/ *Sheila K. Oberto*__
                                         UNITED STATES MAGISTRATE JUDGE

2